IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN OTWELL, ADC # 109869                                                                PLAINTIFF

v.                                              Case No. 6:14-CV-06121

DALE REED, Warden, Ouachita River Unit;
and SULPAVADO, Lieutenant, Ouachita Rive Unit                              DEFENDANTS

**O R D E R**

Currently before the Court are the proposed findings and recommendations (Doc. 15) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. The time for filing objections has passed, and no objections have been filed by any party.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendant's motion to dismiss (Doc. 12) is GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 8th day of July, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE