IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN OTWELL, ADC # 109869                                    PLAINTIFF

v.                              Case No. 6:14-CV-06121

DALE REED, Warden, Ouachita River Unit;
and SULPAVADO, Lieutenant, Ouachita Rive Unit                 DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 8th day of July, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE